HUESTON HENNIGAN LLP
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
Derek R. Flores, State Bar No. 304499
dflores@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640
Facsimile:    (888) 775-0898

Attorneys for Defendant PacifiCorp

FOX LAW, A.P.C.
Dave Fox, State Bar No. 254651
Joanna Fox, State Bar No. 272593
225 W. Plaza Street, Suite 102
Solana Beach, CA 92075
Telephone:    (858) 256-7616
Facsimile:    (858) 256-7618

LAW OFFICES OF SHAWN E. CAINE, A.P.C.
Shawne Caine, State Bar No. 134987
Jessica Kirshner, State Bar No. 331203
1221 Camino Del Mar
Del Mar, CA 92014
Tel.: 858-350-1660
Fax: (866)754-1398

SIEGLOCK LAW, A.P.C.
Christopher C. Sieglock, State Bar No. 295951
Kristen Reano, State Bar No. 321795
1221 Camino Del Mar
Del Mar, CA 92014
Tel.: (858) 793-0380
Fax: (866) 664-0577

Attorneys for Plaintiffs Erin Hillman et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN HILLMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PacifiCorp, et al., <br><br> Defendants. | Case No. 2:21-cv-00848-MCE-CKD <br><br> [Related Case No.: 2:21-cv-00801-MCE-CKD] <br><br> **JOINT STIPULATION REGARDING DISCOVERY PLAN** |

After meeting and conferring pursuant to the Court's Initial Pretrial Scheduling Order (Dkt. No. 10), Plaintiffs and Defendant PacifiCorp (together, the "Parties") jointly submit the following stipulation regarding the Parties' obligations to submit a discovery plan and initial disclosures pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 240.

WHEREAS Plaintiffs have moved to remand this case to Sacramento Superior Court, and Defendant has opposed that motion, and that motion is pending before the Court;

1  WHEREAS Defendant has moved to amend its notice of removal, and Plaintiffs have
2  opposed that motion, and that motion is also pending before the Court;

3  WHEREAS the Parties mutually desire to avoid the time and expense necessary to prepare a
4  discovery plan, initial disclosures, or otherwise to begin conducting discovery in federal court in light
5  of the pending motions;

6  WHEREAS this case is related to another pending case, *Farmers Insurance Exchange et al.*
7  *v. PacifiCorp et al.*, No. 2:21-cv-00801-MCE-CKD, and also relates to a state court action, *Hitchcock*
8  *et al. v. PacifiCorp et al.*, No. 34-2020-00290833, and the Parties desire to informally coordinate
9  discovery between the three cases to reduce costs to all parties and streamline the discovery process;

10  WHEREAS the present stipulation does not constitute an admission by either party that this
11  case will or should remain in federal court, nor an admission that this case will or should be
12  remanded, respectively, nor on any other issue, and both Parties reserve all rights;

13  NOW, THEREFORE, subject to the Court's approval, the Parties stipulate as follows:

14  1. If the Court retains jurisdiction, the Parties shall meet and confer regarding a discovery
15     plan within twenty-one (21) days of the Court's order resolving the motion to remand;

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2. The Parties shall submit their proposed discovery plan and initial disclosures within fourteen (14) days of their discovery conference pursuant to Local Rule 240(b).

Dated: July 9, 2021                **FOX LAW, A.P.C.**

By: */s/ Joanna Fox*
Joanna Fox
*Attorneys for Erin Hillman, et al.*

Dated: July 9, 2021                **HUESTON HENNIGAN LLP**

By: */s/ Douglas J. Dixon*
Douglas J. Dixon
*Attorneys for Defendant PacifiCorp*

IT IS SO ORDERED.

Dated: July 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

- 3 -
JOINT STIPULATION REGARDING DISCOVERY PLAN

6005881